LUNSFORD DOLE PHILLIPS #4407
7 Waterfront Plaza, Suite 400
500 Ala Moana Blvd.
Honolulu, Hawaii 96813
Tel: (808)543-2055; Fax (808)543-2010
lunsfordp001@hawaii.rr.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHERYL WILKINSON, ) <br> MICHAEL WARREN ) <br>         Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ASSOCIATION OF APARTMENT ) <br> OWNERS OF THE VILLA ON ) <br> EATON SQUARE; HAWAIIAN ) <br> PROPERTIES, LTD; AG/POP PBN, ) <br> LLC; PARALLEL CAPITAL ) <br> PARTNERS, INC.; ABM PARKING) <br> SERVICES, INC. ) <br>         Defendants ) <br> _____) | CIVIL NO. CV 16-00175 DKW-KSC <br><br> SUMMONS |

STATE OF HAWAII

To the above-named defendants:

You are hereby summoned and required to serve upon plaintiff's attorney, whose address is stated above, an answer to the COMPLAINT that is attached hereto. This action must be taken within 21 days after service of this summons upon you, exclusive of the date of service.

If you fail to make your written answer within the 21-day time limit, judgment by default will be taken against you for the relief demanded in the COMPLAINT.

DATED: Honolulu, Hawaii, _____April 14, 2016_____.

SUE BEITIA, CLERK
_____
Clerk of the above-entitled court

/S/ SUE BEITIA by EA, Deputy Clerk
_____
Deputy Clerk of the above-entitled court

THIS SUMMONS SHALL NOT BE PERSONALLY DELIVERED BETWEEN 10:00 P.M. AND 6:00 A.M. ON PREMISES NOT OPEN TO THE PUBLIC, UNLESS A JUDGE OF THE ABOVE-ENTITLED COURT PERMITS, IN WRITING ON THIS SUMMONS, PERSONAL DELIVERY DURING THOSE HOURS.

FAILURE TO OBEY THE SUMMONS MAY RESULT IN AN ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE PERSON SUMMONED.