Case 1:16-cv-00175-DKW-KSC   Document 8   Filed 04/20/16   Page 1 of 1    PageID #: 21

ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-00175-DKW-KSC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 20 2016
at 3 o'clock and 03 min P M.
SUE BEITIA, CLERK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **PARALLEL CAPITAL PARTNERS, INC**
was received by me on *(date)* **04/19/2016**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **NINA BOURKE, SERVICE AGENT**, who is designated by law to accept service of process on behalf of *(name of organization)* **PARALLEL CAPITAL PARTNERS, INC C/O PARACORP INCORPORATED**
AT 1136 UNION MALL #301, HONOLULU HI 96813    on *(date)* **APR 1 9 2016 at 11:59 AM** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **APR 1 9 2016**

*Tad Y. Oie*
Server's signature

**TAD Y. OIE**
**CIVIL PROCESS SERVER**
Printed name and title

**PO BOX 283163, HONOLULU HI 96828**
Server's address

Additional information regarding attempted service, etc:

DOCUMENTS SERVED:
ORDER SETTING RULE 16 SCHEDULING CONFERENCE; COMPLAINT AND SUMMONS