ORIGINAL

FILED IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 20 2016
at 3 o'clock and 03 min P M.
SUE BEITIA, CLERK

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-00175-DKW-KSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AG/POP PBN, LLC

was received by me on *(date)* 04/19/2016

☐ I personally served the summons on the individual at *(place)*
  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
  , a person of suitable age and discretion who resides there,
  on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* NINA BOURKE, SERVICE AGENT , who is
designated by law to accept service of process on behalf of *(name of organization)* AG/POP PBN, LLC
C/O THE CORPORATION COMPANY, INC.
1136 UNION MALL #301, HONOLULU HI 96813     on *(date)* APR 19 2016 at 11:59 AM ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: APR 19 2016

*Server's signature*
TAD Y. OIE
CIVIL PROCESS SERVER
*Printed name and title*

PO BOX 283163, HONOLULU HI 96828
*Server's address*

Additional information regarding attempted service, etc:

DOCUMENTS SERVED:
ORDER SETTING RULE 16 SCHEDULING CONFERENCE; COMPLAINT AND SUMMONS