SULLIVAN MEHEULA LEE
A Limited Liability Law Partnership

WILLIAM MEHEULA          (2277)
TERRENCE M. LEE          (2739)
DOROTHY-JEAN MEISNER  (10213)
745 Fort Street, Suite 800
Honolulu, Hawai'i  96813
Telephone:  (808) 599-9555
Facsimile:  (808) 533-2467
meheula@smlhawaii.com;  lee@smlhawaii.com
meisner@smlhawaii.com

Attorneys for Defendants
AG/POP PBN, L.L.C. and
PARALLEL CAPITAL PARTNERS, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| CHERYL WILKINSON, MICHAEL WARREN,<br><br>                 Plaintiffs,<br><br>   vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE VILLA ON EATON SQUARE; HAWAIIAN PROPERTIES, LTD.; AG/POP PBN, L.L.C.; PARALLEL CAPITAL PARTNERS, INC.; ABM PARKING SERVICES, INC.,<br><br>                 Defendants. | CIVIL NO. 16-00175 DKW-KSC<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS' CLAIMS AGAINST DEFENDANTS AG/POP PBN, L.L.C., PARALLEL CAPITAL PARTNERS, INC., AND ABM PARKING SERVICES, INC., STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS AG/POP PBN, L.L.C. AND PARALLEL CAPITAL PARTNERS, INC.'S CROSS-CLAIM AGAINST DEFENDANTS ASSOCIATION OF APARTMENT OWNERS OF THE VILLA ON EATON SQUARE AND HAWAIIAN PROPERTIES, LTD., |

|  |  |
|---|---|
|  | AND STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS AG/POP PBN, L.L.C. AND PARALLEL CAPITAL PARTNERS, INC.'S CROSS-CLAIM AGAINST DEFENDANT ABM PARKING SERVICES, INC.<br><br>Trial Date:  June 26, 2017 |

STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS'
CLAIMS AGAINST DEFENDANTS AG/POP PBN, L.L.C., PARALLEL
CAPITAL PARTNERS, INC., AND ABM PARKING SERVICES, INC.,
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS
AG/POP PBN, L.L.C. AND PARALLEL CAPITAL PARTNERS, INC.'S
CROSS-CLAIM AGAINST DEFENDANTS ASSOCIATION OF APARTMENT
OWNERS OF THE VILLA ON EATON SQUARE AND HAWAIIAN
PROPERTIES, LTD., AND STIPULATION FOR DISMISSAL WITH
PREJUDICE OF DEFENDANTS AG/POP PBN, L.L.C. AND PARALLEL
CAPITAL PARTNERS, INC.'S CROSS-CLAIM
<u>AGAINST DEFENDANT ABM PARKING SERVICES, INC.</u>

IT IS HEREBY STIPULATED by and among the parties herein, through their respective counsel, pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure and Local Rule 41.1, that:

Plaintiffs dismiss with prejudice, all their claims against Defendants AG/POP PBN, L.L.C., Parallel Capital Partners, Inc., and ABM Parking Services, Inc.

Defendants AG/POP PBN, L.L.C. and Parallel Capital Partners, Inc. dismiss without prejudice their cross-claim against Defendants Association of Apartment Owners of the Villa on Eaton Square and Hawaiian Properties, Ltd.  Defendants

AG/POP PBN, L.L.C. and Parallel Capital Partners, Inc. dismiss with prejudice their cross-claim against Defendant ABM Parking Services, Inc.

With respect to all of the claims and/or cross-claims dismissed pursuant to this stipulation, each party shall bear his/her/its own attorneys' fees and costs.

Plaintiffs' claims against Defendants Association of Apartment Owners of the Villa on Eaton Square and Hawaiian Properties, Ltd. remain in the action.

Defendants Association of Apartment Owners of the Villa on Eaton Square's and Hawaiian Properties, Ltd.'s Cross-Claims remain in the action.

All appearing parties have signed this Stipulation.

This Stipulation may be executed in counterparts, each of which shall be deemed an original and all of which when taken together shall constitute one and the same instrument.

DATED:  Honolulu, Hawai'i, _____.


/s/ Lunsford Dole Phillips
LUNSFORD DOLE PHILLIPS, ESQ.

Attorney for Plaintiffs

/s/ Jana M. Naruse
JOHN D. ZALEWSKI, ESQ.
JANA M. NARUSE, ESQ.

Attorney for Defendants
ASSOCIATION OF APARTMENT
OWNER OF THE VILLA ON EATON
SQUARE and HAWAIIAN PROPERTIES,
LTD.


/s/ Terrence M. Lee
WILLIAM MEHEULA, ESQ.
TERRENCE M. LEE, ESQ.
DOROTHY-JEAN MEISNER, ESQ.

Attorney for Defendants
AG/POP PBN, L.L.C. and PARALLEL
CAPITAL PARTNERS, INC.


/s/ Leighton K. Oshima
LEIGHTON K. OSHIMA, ESQ.
DARLENE Y.F. ITOMURA, ESQ.

Attorney for Defendant
ABM PARKING SERVICES, INC.

APPROVED AND SO ORDERED.

DATED:  October 14, 2016 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Wilkinson, et al. v. Association of Apartment Owners of the Villa on Eaton Square, et al.*; Civil No. 16-00175 DKW-KSC; STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS' CLAIMS AGAINST DEFENDANTS AG/POP PBN, L.L.C., PARALLEL CAPITAL PARTNERS, INC., AND ABM PARKING SERVICES, INC., STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS AG/POP PBN, L.L.C. AND PARALLEL CAPITAL PARTNERS, INC.'S CROSS-CLAIM AGAINST DEFENDANTS ASSOCIATION OF APARTMENT OWNERS OF THE VILLA ON EATON SQUARE AND HAWAIIAN PROPERTIES, LTD., AND STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS AG/POP PBN, L.L.C. AND PARALLEL CAPITAL PARTNERS, INC.'S CROSS-CLAIM AGAINST DEFENDANT ABM PARKING SERVICES, INC.