IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHERYL WILKINSON, MICHAEL WARREN, ) ) | CV 16-00175 DKW-KSC |
| Plaintiffs, ) ) | ORDER ADOPTING MAGISTRATE JUDGE'S |
| vs. ) ) | FINDINGS AND RECOMMENDATION |
| ASSOCIATION OF APARTMENT OWNERS OF THE VILLA ON EATON SQUARE; HAWAIIAN PROPERTIES, LTD; AG/POP PBN, LLC; PARALLEL CAPITAL PARTNERS, INC.; ABM PARKING SERVICES, INC. ) ) ) ) ) ) ) | |
| Defendants. ) _____ ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 24, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation  That Defendants AG/POP PBN, L.L.C. And Parallel Capital Partners, Inc.'s Petition for Approval of Good Faith Settlement Pursuant to HRS § 663-15.5, Filed November 1, 2016 [Doc. 52], and ABM Parking Services, Inc.'s

Joinder Thereto [Doc. 55], Be Granted" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: February 9, 2017 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Cheryl Wilkinson, et al. vs. Association of Apartment Owners of the Villa on Eaton Square, et al.*; Civil No. 16-00175 DKW-KSC; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**