IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHERYL WILKINSON; MICHAEL WARREN, <br><br> Plaintiff(s), <br><br> vs. <br><br> ASSOCIATION OF APARTMENT OWNERS OF THE VILLA ON EASTON SQUARE; HAWAIIAN PROPERTIES, LTD. <br> Defendant(s). | CV 16-00175 DKW-KSC <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on November 17, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

///

///

Recommendation to Dismiss Action" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: December 6, 2017 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Cheryl Wilkinson, et al. v. AOAO Villa on Eaton Square, et al*; Civil No. 16-00175 DKW-KSC; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**