# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| CHERYL WILKINSON; MICHAEL WARREN<br><br>    Plaintiff(s),<br><br>    V.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE VILLA ON EATON SQUARE; HAWAIIAN PROPERTIES, LTD.; AG/POP PBN, LLC; PARALLEL CAPITAL PARTNERS, INC.; ABM PARKING SERVICES, INC.<br><br>    Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 16-00175 DKW-KSC<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>December 7, 2017<br><br>At 7o'clock and 36 min a.m.<br>SUE BEITIA, CLERK |

[ ]    **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]    **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this action is dismissed pursuant to the "Findings and Recommendation to Dismiss Action" filed on November 17, 2017 and the "Order Adopting Magistrate Judge's Findings and Recommendation", filed on December 7, 2017.

|  |  |
|---|---|
| December 7, 2017 | SUE BEITIA |
| Date | Clerk |
|  | /s/ Sue Beitia by ET |
|  | (By) Deputy Clerk |